# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 4:11-CV-571** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **DIANNE C. JOHNSON,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 28th day of November, 2011, upon consideration of plaintiff's motion for disbursement of proceeds (Doc. 12) from the sale of real property located at 694 ASPEN LANE, CHAMBERSBURG, PENNSYLVANIA, and of the order of court dated November 10, 2011 (Doc. 11), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 12) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 12).


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge